**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1894**

In re:  NORMAN TYRONE DAIS,

Petitioner.

On Petition for a Writ of Mandamus.
(4:03-CR-00386-TLW-1)

Submitted:  September 28, 2010        Decided:  October 1, 2010

Before WILKINSON, SHEDD, and DAVIS, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Norman Tyrone Dais, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Norman Tyrone Dais petitions for a writ of mandamus seeking an order directing the district court to give him a copy of an order dated May 23, 2010. Because we are not able to discern what order Dais wants, we conclude he is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976); United States v. Moussaoui, 333 F.3d 509, 516-17 (4th Cir. 2003). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought. In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988).

The relief sought by Dais is not available by way of mandamus. Accordingly, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED